FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

Case No. 5D2024-2733
LT Case Nos. 2023-CF-1307-A
2024-CA-577

_____

VICTOR HICKS,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Mandamus.
Stephen E. Toner, Jr., Respondent Judge.

Victor Hicks, Malone, pro se.

No Appearance for Respondent.

May 16, 2025

PER CURIAM.

    This Court previously denied Petitioner's petition for writ of prohibition, which was treated as a writ of mandamus, arising from Hernando County Circuit Court Case Nos. 2023-CF-1307-A and 2024-CA-577. In light of Petitioner's repeated filings that appear to be abusive, repetitive, malicious, or frivolous, Petitioner is cautioned that any further pro se filings in this Court relating to the aforementioned case numbers may result in sanctions. Such

sanctions may include a bar on further pro se filing in this Court and referral to prison officials for disciplinary proceedings, which could include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2024); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

PETITIONER WARNED.

WALLIS, EISNAUGLE, and PRATT, JJ., concur.